004458

**Order issued October 17, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00342-CV

## MICHAEL FOSTER NEEL, M.D.; LESLIE SKINNER WELBORNE, M.D.; AND LIVE OAK OB/GYN, P.A., Appellants

### V.

## TENET HEALTHSYSTEM HOSPITALS DALLAS, INC., Appellee

## ORDER

Before Justices Moseley, Lang-Miers, and Murphy

The Motions for Rehearing and En Banc Reconsideration filed by appellants Leslie Skinner Welborne, M.D. and Live Oak OB/GYN, P.A. are OVERRULED.

_____
MARY MURPHY
JUSTICE

Lang-Miers, J. dissenting.